# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bencivengo, Cathy A. | US District Court, California | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
221 West Broadway
San Diego, California 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Judicial Advisor Board | Federal Bar Association, San Diego Chapter |
| 2. | Member of Judicial Advisor Board | Sedona Conference |
| 3. | Secretary/Treasurer | Ninth Circuit District Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Thermo Fisher Scientific - Salary & Commission |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | 06/12/2019-06/15/2019 | Colorado Springs, CO | Judicial Panelist at Annual Bench/Bar Conference | air and local transporation, parking, meals and lodging |
| 2. | Eastern District of Texas Bar Association | 09/23/2019-09/25/2019 | Plano, TX | Judicial Panelist on Patent Law at Annual Bench/Bar Conference | air and local transportation, parking, meals and lodging |
| 3. | Georgetown Law School and Berkeley Law School | 11/14/2019-11/16/2019 | Washington, D.C. | Judicial Panelist at Patent Law Conference | air and local transportation, parking, meals and lodging |
| 4. | Sedona Conference | 11/16/2019 - 11/20/2019 | Dublin, Ireland | Judicial Panelist at International Patent Law Conference | air and local transportation,meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bencivengo, Cathy A. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | IRA #2 (Edward Jones) (H) | | | | | | | | | |
| 2. | -- Edward Jones Cash Reserves | | None | J | T | | | | | |
| 3. | -- Columbia Small Cap Value II Cl 3 | B | Dividend | J | T | | | | | |
| 4. | --Dodge & Cox Income Fund | B | Dividend | L | T | Buy<br>(add'l) | 04/10/19 | J | | |
| 5. | -- Dodge & Cox Stock Fund | D | Dividend | L | T | | | | | |
| 6. | -- Am Fundamental Investors Cl F3 | C | Dividend | K | T | | | | | |
| 7. | -- Hotchkis & Wiley Mid Cap Val Cl 1 | A | Dividend | J | T | | | | | |
| 8. | -- JPMorgan Core Bond Cl R6 | B | Dividend | L | T | Sold<br>(part) | 04/10/19 | J | | |
| 9. | -- MFS Value Cl R6 | B | Dividend | L | T | | | | | |
| 10. | -- Invesco Oppenheimer Intl Growth Cl R6 | A | Dividend | K | T | | | | | |
| 11. | -- Invesco Comstock Cl R6 | C | Dividend | L | T | | | | | |
| 12. | -- JPM Fed Money Market Inst Cl 1 | A | Interest | J | T | | | | | |
| 13. | -- Artisan Intl Value Cl | B | Dividend | K | T | | | | | |
| 14. | -- Am Europacific Growth Cl F3 | A | Dividend | K | T | | | | | |
| 15. | -- T.Rowe Price Intl Discovery 1 | A | Dividend | K | T | | | | | |
| 16. | -- Harbor Capital Appreciation Cl R | C | Dividend | K | T | | | | | |
| 17. | -- Primecap Odyssey Stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -- Artisan Mid Cap Value Cl 1 | D | Dividend | L | T | | | | | |
| 19.   -- Brown Cap Small Co Cl | B | Dividend | K | T | | | | | |
| 20.   -- Causeway Intl Value Cl | C | Dividend | L | T | | | | | |
| 21.   -- Dfa US Small Cap Value Cl 1 | A | Dividend | J | T | | | | | |
| 22.   -- Eaton Vance Atlanta Cap SMID Cl 1 | B | Dividend | K | T | | | | | |
| 23.   -- PIMCO High Yield Cl | A | Dividend | K | T | | | | | |
| 24.   401K #2 (Thermo Fisher) (H) | | | | | | | | | |
| 25.   -- Dodge & Cox Stock Fund | F | Dividend | O | T | | | | | |
| 26.   -- Thermo Fisher Scientific Inc. | C | Dividend | K | T | | | | | |
| 27.   -- SSGA S&P 500 Index | D | Dividend | M | T | | | | | |
| 28.   -- Jennison Instl US Sm Cap Eq | E | Dividend | N | T | | | | | |
| 29.   Brokerage Acct. #2 (H) | | | | | | | | | |
| 30.   -- Fundamental Investors | C | Dividend | K | T | | | | | |
| 31.   -- New World Growth Fund of America | B | Dividend | L | T | | | | | |
| 32.   J.T. Account (Schwab) (H) | | | | | | | | | |
| 33.   -- Palomar Pomerado Health Muni Bonds | | None | K | T | | | | | |
| 34.   -- Temple City California Unifed School District Muni Bonds | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Growth Fund of America | B | Dividend | J | T | | | | | |
| 36. -- Invesco Energy Fund | A | Dividend | J | T | | | | | |
| 37. Charles Schwab Money Market Account | A | Interest | L | T | | | | | |
| 38. Brokerage Acct. #4 (Schwab) (H) | | | | | | | | | |
| 39. --Columbia Seligman Comm & Info | B | Dividend | K | T | | | | | |
| 40. -- Matthews Asian Growth & Inc | A | Dividend | J | T | | | | | |
| 41. -- Victory S&P 500 Index | D | Dividend | L | T | | | | | |
| 42. --Oakmark Equity & Income FD | B | Dividend | K | T | | | | | |
| 43. -- Parnassus Core Equity FD | B | Dividend | J | T | | | | | |
| 44. -- Permanent Portfolio | A | Dividend | J | T | | | | | |
| 45. -- Reynolds Blue Chip | B | Dividend | L | T | | | | | |
| 46. -- AMG Yacktman Focused FD | D | Dividend | L | T | | | | | |
| 47. IRA #1 (H) | | | | | | | | | |
| 48. -- VIAVI Solutions Common Stock | A | Dividend | J | T | | | | | |
| 49. -- Fidelity Intl Discovery | A | Dividend | J | T | | | | | |
| 50. IRA #3 (Schwab) (H) | | | | | | | | | |
| 51. -- Deposit Account/Cash Reserves | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -- Parnassus Equity Income | C | Dividend | K | T | Redeemed (part) | 12/30/19 | J | | |
| 53.   Chase | A | Interest | N | T | | | | | |
| 54. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy A. Bencivengo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544